FILED
August 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D49

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Silvano Loayza and Gloria Loayza | **Case No :** | 10-26708 - D - 13G |
| | | **Date :** | 8/17/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [34] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, National Association (Fee Paid $150) (bres) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; no further relief afforded.


Dated: August 19, 2010


Robert S. Bardwil, Judge
United States Bankruptcy Court